### KRONENBERGER v. QUINN.

(Supreme Court, Appellate Term. January 7, 1904.)

1. REAL ESTATE AGENT—ACTION FOR COMMISSIONS.

Under Pen. Code, § 640d, making it a misdemeanor to attempt to earn commissions for the sale of real estate without written authority, plaintiff, who had no written authority, cannot raise the question of waiver of the written authority, in an action to recover commissions therefor.

Appeal from Municipal Court, Borough of the Bronx, Second District.

Action by Philip Kronenberger against Thomas J. Quinn. From a judgment for defendant, plaintiff appeals. Affirmed.

Argued before FREEDMAN, P. J., and GILDERSLEEVE and GREENBAUM, JJ.

Robert Kuehnert, for appellant.
Joseph P. Fallon, Jr., for respondent.

GILDERSLEEVE, J. The action is for broker's commissions on sale of real estate. It is undisputed that plaintiff had no written authority to offer the property for sale. The complaint was properly dismissed. Whiteley v. Terry, 83 App. Div. 197, 82 N. Y. Supp. 89. Appellant asserts that this formality was waived by the parties. Whether it be so or not, the plaintiff was guilty of a misdemeanor in attempting to earn commissions for the sale of real property without written authority, and he cannot recover a claim founded upon services rendered in violation of law. Pen. Code, § 640d; Hall v. Coppell, 7 Wall. (U. S.) 542, 19 L. Ed. 244; Oscanyan v. Arms Co., 103 U. S. 261, 26 L. Ed. 539.

Judgment is affirmed, with costs to the respondent. All concur.